UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ENVIRONMENTAL SERVICES, INC.,

                    Plaintiff,                    **ORDER**
                                                           CV 13-4568 (JFB)(ARL)

    -against-

RECYCLE GREEN SERVICES, INC., et al.,

                    Defendants.
-------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the court is the defendants Unity Fuels, LLC and Grease Lightning letter motion dated July 22, 2014, seeking to compel plaintiff to provide a RICO statement. Plaintiff has not filed any opposition.

      Defendants' application is granted. The plaintiff is directed to file a RICO statement on or before September 1, 2014. The statement shall include the facts upon which plaintiff relies to assert its RICO claims, including which factual allegations are asserted against each of the respective defendants.


Dated:  Central Islip, New York                    **SO ORDERED:**
         July 30, 2014

                                                          _____/s/_____
                                                           ARLENE ROSARIO LINDSAY
                                                           United States Magistrate Judge